USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2063 FRANK P. GIFFORD, ET AL., Appellants, v. KEY BANK OF MAINE, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________ ____________________ Frank Gifford and Elaine Gifford on brief pro se. _____________ ______________ Jana S. Stabile and Michael S. Haenn on brief for appellee. _______________ ________________ ____________________ July 7, 1994 ____________________ Per Curiam. Appellants, former chapter 7 debtors, __________ appeal a district court order affirming a bankruptcy court order dismissing appellants' second motion to reopen their chapter 7 proceedings, this time for the purpose of challenging appellee's right to enforce its real estate mortgage against debtors' residence. Upon careful review, we summarily affirm the dismissal order as appellants have demonstrated no abuse of discretion. Affirmed. See Loc. R. 27.1. ________ ___ -2-